# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>Roger Alan Holmberg Sr.<br><br>_Defendant_ | )<br>)<br>) Case No. 3:24-mj-00309-MMS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 2, 2024 , at or near  special maritime jurisdiction of the United States  in the District of  Alaska , the defendant violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. 113(a)(5) | Assault |

This criminal complaint is based on these facts:

See attached affidavit of FBI SA Michael Harkless.

☒ See attached affidavit.

_Complainant's signature_

SA Michael Harkless, FBI
_Printed name and title_

Subscribed and sworn pursuant to Fed. R. Crim P. 4.1 and 41(d)(3) on:
Date: July 3, 2024

City and state: **Anchorage, Alaska**

Hon. Matthew M. Scoble, Chief U.S. Magistrate Judge
_Printed name and title_