# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. ROGER ALLAN HOLMBERG

CASE NO: 3:24-mj-00309-MMS

---

Defendant ROGER ALLAN HOLMBERG,

has this date met the bail conditions indicated below and is ordered discharged from custody.

- ☐ Released to _____, the third party custodian(s).
- ☐ Paid cash bail in the amount of $_____
- ☐ Posted unsecured bond in the amount of $_____
- ☐ Posted bond secured by ☐ property or ☐ Surety in the amount of $_____ with the Clerk of Court
- ☐ Surrendered passport to the U.S. Probation and Pretrial Services Office
- ☒ Other: For release on Monday, July 8, 2024 on own recognizance.

DATED at **Anchorage**, Alaska, this **8th** day of **July, 2024**.

Matthew M. Scoble
United States Magistrate Judge

Original & 1 cy to U.S. Marshal